**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOHN BURNS**                                                                                              **PLAINTIFF**

**V.**                                    **NO. 4:14-CV-0572 SWW**

**GRISHAM LAW FIRM, ET AL.,**                                                             **DEFENDANTS**

## ORDER

Before the Court is the motion for Audrianna Grisham, P.A., to file an exhibit under seal to which there has been no timely response.  For good cause, the motion [ECF No. 25] is granted.  The Clerk is directed to file Exhibit 6 to the motion for summary under seal.

SO ORDERED this 18th day of August, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE