IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


JOHN BURNS                                                                                                         PLAINTIFF

V.                                       NO. 4:14-CV-0572 SWW

GRISHAM LAW FIRM,
AUDRIANNA GRISHAM, P.A.,
FORT ROOTS FEDERAL CREDIT UNION,
and JOHN AND JANE DOES 1 through 100,                                               DEFENDANTS


**Judgment**


     Pursuant to the Opinion and Order entered in this matter on this date, plaintiff's complaint is dismissed.  The relief sought is denied.

     DATED this 2nd day of November,  2015.

                                                              /s/Susan Webber Wright

                                                              UNITED STATES DISTRICT JUDGE